Bar Docket No. 10407

In the Matter of LESLIE C. SCHAEFER, *Respondent*.

(271 P.3d 731)

In a letter dated February 27, 2012, addressed to the Clerk of the Appellate Courts, respondent Leslie C. Schaefer, of Rockville, Maryland, an attorney licensed as inactive in the state of Kansas, voluntarily surrendered her license to practice law in Kansas, pursuant to Supreme Court Rule 217 (2011 Kan. Ct. R. Annot. 371).

At the time the respondent surrendered her license, a complaint had been docketed by the Disciplinary Administrator's office in accordance with Supreme Court Rule 211 (2011 Kan. Ct. R. Annot. 334). The complaint concerns allegations that Schaefer violated Supreme Court Rule 207 (2011 Kan. Ct. R. Annot. 314); Supreme Court Rule 208 (2011 Kan. Ct. R. Annot. 327) and Kansas Rules of Professional Conduct 1.15 (2011 Kan. Ct. R. Annot. 519) (safekeeping property); 8.1 (2011 Kan. Ct. R. Annot. 609) (bar admission and disciplinary matters), and 8.4(c) and (g) (2011 Kan. Ct. R. Annot. 618) (misconduct).

This court, having examined the files of the office of the Disciplinary Administrator, finds that the surrender of the respondent's license should be accepted and that the respondent should be disbarred.

IT IS THEREFORE ORDERED that Leslie C. Schaefer be and she is hereby disbarred from the practice of law in Kansas, and her license and privilege to practice law are hereby revoked.

IT IS FURTHER ORDERED that the Clerk of the Appellate Courts strike the name of Leslie C. Schaefer from the roll of attorneys licensed to practice law in Kansas.

IT IS FURTHER ORDERED that this order shall be published in the Kansas Reports, that the costs herein shall be assessed to the respondent, and that the respondent forthwith shall comply with Supreme Court Rule 218 (2011 Kan. Ct. R. Annot. 379).

DATED this 1st day of March, 2012.